In the Matter of JOSEPH J. QUINN, Appellant, against CHARLES W. U. SNEED, Justice of the Supreme Court, et al., Respondents.

Submitted April 14, 1947; decided May 15, 1947.

*Joseph J. Quinn,* in person, for motion.
No one opposed.

Motion denied on the ground that this court is without power to entertain an appeal from the Appellate Division order of March 24, 1947.